In the Matter of the Application of ALVIRA DAVIS et al., Respondents, for the Sale of Real Estate of GEORGE W. DAVIS, Deceased.

MICHAEL MOORE, Appellant.

*Matter of Davis,* 138 App. Div. 931, affirmed.
(Argued November 17, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 10, 1910, which affirmed a decree of the Madison County Surrogate's Court directing the sale of real estate of George W. Davis, deceased, for the payment of his debts.

*E. O. Worden* for appellant.

*C. W. Underhill* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VICTOR KOECHL & COMPANY, Appellant, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent.

*People ex rel. Koechl & Co.* v. *Kelsey,* 138 App. Div. 932, affirmed.
(Argued November 17, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 27, 1910, which dismissed a writ of certiorari and confirmed a determination of the defendant in assessing a tax upon the relator, a foreign corporation, under section 182 of the Tax Law.

*George H. Mallory* and *Henry G. Fritsche* for appellant.

*Edward R. O'Malley, Attorney-General (Everett E. Risley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.